# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

BANK OF THE WEST  
    Plaintiff (s),  
V.  
GAIL WORTHEN, et al.  
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 03 1517 SI ARB

Notice is hereby given that, subject to approval by the court, __Gail Worthen__ substitutes  
(Party (s) Name)

__C. Patrick Stoll__, State Bar No. __166917__ as counsel of record in  
(Name of New Attorney)

place of __George F. Vogt, Jr., Herrig & Vogt, LLP__.  
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of C. Patrick Stoll |
| Address: | 2222 Francisco Drive, Suite 510-262, El Dorado Hills, CA 95762 |
| Telephone: | (916) 761-1881    Facsimile (916) 933-9206 |
| E-Mail (Optional): | cpstoll@sbcglobal.net |

I consent to the above substitution.  
Date: __3/10/08__  
      /s/ Gail Worthen  
      (Signature of Party (s))

I consent to being substituted.  
Date: __3.11.08__  
      /s/ George F. Vogt Jr.  
      (Signature of Former Attorney (s))

I consent to the above substitution.  
Date: __3 /0 2008__  
      /s/ C.P. Stoll  
      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  
      /s/ Susan Illston  
      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]