```
1  ROD DIVELBISS, ESQ. (Calif. Bar # 102345)
   COLLETTE ERICKSON FARMER & O'NEILL LLP
2  235 Pine Street, Suite 1300
   San Francisco, CA 94104
3  Telephone: 415.788.4646
   Facsimile: 415.788.6929
4
   Attorneys for Complainant,
5  BANK OF THE WEST
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation,<br><br>Complainant,<br><br>vs.<br><br>GAIL WORTHEN, et. al.<br><br>Defendants. | Case No. C 03 1517 SI ARB<br><br>**STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO MOTION TO TAX COSTS** |

## STIPULATION

The parties herein through their respective attorneys of record have stipulated that Plaintiff's will have until Tuesday, May 20, 2008 to file an Opposition to Defendant's Motion to Tax Costs as parties are attempting to come to resolution of the dispute.

DATED: May 16, 2008

COLLETTE ERICKSON FARMER & O'NEILL LLP

By _/s/ Rod Divelbiss_
Rod Divelbiss, Attorneys for Plaintiff
BANK OF THE WEST

STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO MOTION TO TAX COSTS
1

DATED: May 16, 2008  LAW OFFICES OF C. PATRICK STOLL

By _____
C. Patrick Stoll, Attorneys for Defendant
GAIL WORTHEN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON

STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO MOTION TO TAX COSTS
2