ROD DIVELBISS, ESQ. (Calif. Bar # 102345)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: 415.788.4646
Facsimile: 415.788.6929

Attorneys for Complainant,
BANK OF THE WEST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST, a California Corporation,

                Complainant,

    vs.

GAIL WORTHEN, et. al.

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. C 03 1517 SI ARB**

**STIPULATION REGARDING COSTS [Memorandum of Costs dated April 14, 2008] AND ORDER**

The parties, through their respect attorneys of record stipulate and agree as follows:

1.    Plaintiff submitted an updated Memorandum of Costs After Judgment for the above referenced matter. That Memorandum of Costs is dated April 14, 2008. The April 14, 2008 Memorandum of Costs After Judgment sought additional costs of $3,835.10.

2.    On or about May 1, 2008 Defendant Gayle Worthen filed a Motion to Tax Costs. The hearing date for that Motion to Tax was set for June 6, 2008.

3.    The parties, through their respective attorneys of record, have conferred and, to avoid additional costs and expenses associated with responding to the issues raised in the Motion to Tax, stipulate and agree that costs requested by Plaintiff shall be taxed in the amount of $835.10. Such will provide that the additional costs (excluding interest) sought by Plaintiff in its April 14, 2008 Memorandum of Costs shall be reduced from $3,835.10 to $3,000.00.

---

**STIPULATION REGARDING COSTS**

1

It is so stipulated and agreed.

Rod Divelbiss, counsel for Plaintiff Bank of the West

C. Patrick Stoll, counsel for Defendant Gail Worthen

5.4.2008

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Honorable Susan Illston

STIPULATION REGARDING COSTS

2