1  ROD DIVELBISS, ESQ. (Calif. Bar # 102345)
   COLLETTE ERICKSON FARMER & O'NEILL LLP
2  235 Pine Street, Suite 1300
   San Francisco, CA 94104
3  Telephone: 415.788.4646
   Facsimile: 415.788.6929
4
   Attorneys for Complainant,
5  BANK OF THE WEST

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 BANK OF THE WEST, a California      )  Case No. C 03 1517 SI ARB
   Corporation,                        )
11                                     )  STIPULATION AND ORDER
                   Complainant,        )  REGARDING DATE FOR
12                                     )  APPEARANCE AND EXAMINATION
           vs.                         )  OF GAIL WORTHEN
13                                     )
   GAIL WORTHEN, et. al.               )
14                                     )
                   Defendants.         )
15                                     )

16     The parties, through their respect attorneys of record, stipulate and agree as follows:

17     1.     Plaintiff filed an application for an order for appearance and examination of Gail

18 Worthen on February 15, 2008, and was assigned a hearing date of April 29, 2008.

19     2.     Mr. Worthen was unavailable on April 29, 2008, but agreed to appear on May

20 15, 2008 at 9:00 a.m. before Magistrate Judge Maria Elena James. On May 14, 2008, the

21 parties agreed to continue the date to _June 18, 2008_

22     3.     The parties, through their respective attorneys of record, have conferred and

23 agree to conduct the examination of Mr. Worthen on _June 18_____, 2008 at 9:00 a.m.

24 before Magistrate Judge Maria Elena James.

25

26

27

28 STIPULATION REGARDING DATE OF APPEARANCE AND EXAMINATION OF GAIL WORTHEN
                                         1

06/04/2008 14:46 FAX 818 833 9201 STOLL
Case 3:03-cv-01517-SI   Document 69   Filed 06/10/08   Page 2 of 2
☒003

1. It is so stipulated and agreed.

2.

3. _____
Rod Divelbiss, counsel for Plaintiff Bank of the West

4.

5. _____
C. Patrick Stoll, counsel for Defendant Gail Worthen

6.

7.

8. PURSUANT TO STIPULATION, IT IS SO ORDERED.

9.

10. _____
Magistrate Maria Elena James

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28. STIPULATION REGARDING DATE OF APPEARANCE AND EXAMINATION OF GAIL WORTHEN

2